Date: 05/06/11  Rec # 152324    **DIVIDENDS REMITTED TO THE COURT**                                           Page: 1
             CK # 3015          Check Number 3015 Dated 05/06/11
                                Case Number 10-12284 - HOOVER, JOHN R.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CenturyTel of Ohio, Inc. dba CenturyLink c/o Rex D. Rainach, APLC 3622 Government Street Baton Rouge, LA 70806-5720 | 000002 | 166.89 | 4.08 |
| ---------- Remittance Total --------------- | | 166.89 | 4.08 |

_____
SHELDON STEIN, BANKRUPTCY TRUSTEE

[FILED 2011 MAY -9 2:00 — U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND]

COURT1                                                         Printed: 05/06/11 09:06 AM   Ver: 16.02b
10-12284-pmc    Doc 51    FILED 05/09/11    ENTERED 05/09/11 16:39:36    Page 1 of 1